ROBERT G. DREHER
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 305-0202 (phone)
(202) 305-0275 (fax)
ethan.eddy@usdoj.gov

*Attorneys for Defendants*

THE HONORABLE JEFFREY S. WHITE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No.  3:13-cv-2857-JSW<br><br>**STIPULATION TO STAY PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>Hearing date: December 6, 2013<br>Time: 9:00 a.m.<br>Location: Courtroom 11<br><br>Next brief on motion due September 16, 2013 |

Pursuant to Local Rule 6-1(b), Plaintiffs Our Children's Earth Foundation and Ecological

Rights Foundation, and Defendants the U.S. Environmental Protection Agency; Gina McCarthy,

Administrator, U.S. Environmental Protection Agency; Jared Blumenthal, Regional Administrator,

U.S. Environmental Protection Agency Region 9; National Marine Fisheries Service; Penny

Pritzker, Secretary of Commerce; Rodney McInnis, Regional Administrator, National Marine

STIPULATION TO STAY PL.'S PARTIAL
MOT. FOR SUMM. J.
AND [PROPOSED] ORDER                    1                    Case No. 3:13-cv-2857-JSW

1

2    Fisheries Service Southwest Region; U.S. Department of the Interior; S.M.R. Jewell, Secretary,

3    U.S. Department of the Interior; and Ren Lohoefener, Regional Administrator, United States Fish

4    and Wildlife Service Pacific Southwest Region, ("Defendants") hereby stipulate and respectfully

5    request of the Court an order staying Plaintiffs' Partial Motion for Summary Judgment (ECF No.

6    12) until the Court rules on a motion to dismiss the Defendants intend to file (which will address the

7    claims raised in Plaintiffs' pending partial summary judgment motion). Plaintiffs filed their Partial

8    Motion for Summary Judgment on September 2, 2013 and the deadline for Defendants to respond to

9    that motion is currently September 16, 2013.

10          There is good cause for this request because Defendants have not yet filed a responsive

11   pleading to Plaintiffs' complaint and the parties have not yet filed the Joint Case Management

12   Statement, currently due September 20, 2013.  The parties have reached agreement upon and will

13   submit a briefing schedule to the Court in the Joint Case Management Statement, by which

14   Defendants will move to dismiss all or part of the complaint prior to engaging in any summary

15   judgment motion practice.  The parties believe that it is in the interests of the parties and judicial

16   economy for the motion to dismiss to be adjudicated, and for the overarching schedule for this case

17   to be set by the Court following the initial case management conference (set for September 27,

18   2013), prior to litigating any summary judgment motions, including Plaintiffs' pending partial

19   summary judgment motion.  Defendants' motion to dismiss is currently due September 20, 2013,

20   and the parties are concurrently filing a stipulation to extend that deadline to September 30, 2013

21   pursuant to Local Rule 6-1(a).

22          For the foregoing reasons, the parties respectfully request that the Court enter the attached

23   order staying Plaintiffs' pending motion for partial summary judgment until the Court rules on

24   Defendants' forthcoming motion to dismiss.

25          Respectfully submitted this 11th day of September, 2013.

26                                        ROBERT G. DREHER

27   STIPULATION TO STAY PL.'S PARTIAL
     MOT. FOR SUMM. J.
28   AND [PROPOSED] ORDER                    2            Case No. 3:13-cv-2857-JSW

Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

   s/ Ethan Carson Eddy
ETHAN CARSON EDDY
Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 305-0202 (Phone); (202) 305-0275 (Fax)
ethan.eddy@usdoj.gov

*Attorneys for Defendants*

   s/Christopher Sproul     (as authorized)
Christopher Sproul (State Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
(415) 533-3376
E-mail: csproul@enviroadvocates.com
*Attorneys for Plaintiffs*

### E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that Christopher Sproul has concurred in the filing of this document.

   /s/ Ethan Carson Eddy
ETHAN CARSON EDDY
Counsel for Defendants

### [~~PROPOSED~~] ORDER

The above STIPULATION TO STAY PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT is GRANTED.  Plaintiffs' motion for partial summary judgment is

STIPULATION TO STAY PL.'S PARTIAL
MOT. FOR SUMM. J.
AND [~~PROPOSED~~] ORDER         3         Case No. 3:13-cv-2857-JSW

1  STAYED pending the Court's adjudication of Defendants' forthcoming motion to dismiss.

2  Defendants shall not respond to the partial motion for summary judgment until twenty-one days

3  after a ruling on the motion to dismiss.  The December 6, 2013 hearing on the motion is

4  VACATED.

5

6
   Dated:_____September 23, 2013_____
7                                                          _____
                                                           HON. JEFFREY S. WHITE
8                                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  STIPULATION TO STAY PL.'S PARTIAL
    MOT. FOR SUMM. J.
28  AND [PROPOSED] ORDER                      4            Case No. 3:13-cv-2857-JSW