1  SAM HIRSCH                                      THE HONORABLE JEFFREY S. WHITE
   Acting Assistant Attorney General
2  U.S. Department of Justice
   Environment & Natural Resources Division
3

4  SETH M. BARSKY, Chief
   S. JAY GOVINDAN, Assistant Chief
5  ETHAN CARSON EDDY, Trial Attorney (Cal. Bar 237214)
   Wildlife and Marine Resources Section
6  P.O. Box 7611, Ben Franklin Station
   Washington, D.C.  20044
7  (202) 305-0202 (phone)
   (202) 305-0275 (fax)
8  ethan.eddy@usdoj.gov

9
   JOHN THOMAS H. DO, Trial Attorney
10 Environmental Defense Section
   P.O. Box 7611, Ben Franklin Station
11 Washington, D.C. 20044
   (202) 514-2593 (Phone); (202) 514-8865 (Fax)
12 john.do@usdoj.gov

13

14 *Attorneys for Defendants*

15
                    UNITED STATES DISTRICT COURT
16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                                        )
                                          )  Case No.  3:13-cv-2857-JSW
18 OUR CHILDREN'S EARTH FOUNDATION and    )
   ECOLOGICAL RIGHTS FOUNDATION,          )  **STIPULATION  TO STAY**
19                                        )  **PROCEEDINGS AND CONTINUE**
                          Plaintiffs,     )  **HEARING; [~~PROPOSED~~] ORDER**
20        v.                              )
                                          )
21                                        )
   U.S. ENVIRONMENTAL PROTECTION          )
22 AGENCY, et al.,                        )
                          Defendants.     )
23                                        )
                                          )
24 _____   )

25

26

27

28
   STIPULATION TO STAY PROCEEDINGS        1            Case No. 3:13-cv-2857-JSW

Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation ("Plaintiffs") and the Defendants in the above captioned matter (collectively, the "Parties") hereby stipulate and respectfully request of the Court an order staying all proceedings until August 18, 2014.

WHEREAS, on February 6, 2014, the Parties participated in Court-designated mediation that resulted in an agreement in principle, subject to approval by the appropriate individuals at U.S. Environmental Protection Agency and Department of Justice;

WHEREAS, the Parties have reduced their tentative agreement into a proposed consent decree;

WHEREAS, additional time is needed to acquired the necessary approvals for the consent decree from the Department of Justice;

WHEREAS, Defendants have a pending partial motion to dismiss set for hearing on July 11, 2014;

WHEREAS, a stay would serve judicial economy and the resources of the Parties and the Court by potentially allowing for resolution of this case without litigation.

NOW THEREFORE, the parties respectfully request that the Court enter an order staying all proceedings until August 18, 2014 and continuing the hearing for the motion to dismiss to a later date.

Respectfully submitted this 1st day of July, 2014.

SAM HIRSCH
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ETHAN CARSON EDDY, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0202 (Phone); (202) 305-0275 (Fax)

STIPULATION TO STAY PROCEEDINGS        2        Case No. 3:13-cv-2857-JSW

ethan.eddy@usdoj.gov

   s/ John Thomas H. Do
JOHN THOMAS H. DO, Trial Attorney
Environmental Defense Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 514-2593 (Phone); (202) 514-8865 (Fax)
john.do@usdoj.gov

*Attorneys for Defendants*

   s/ Christopher A. Sproul (as authorized)
CHRISTOPHER A. SPROUL
JODENE ISAACS
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com

*Attorneys for Plaintiffs*

## E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Plaintiffs has concurred in the filing of this document.

   s/ John Thomas H. Do
JOHN THOMAS H. DO
Counsel for Defendants

STIPULATION TO STAY PROCEEDINGS     3     Case No. 3:13-cv-2857-JSW

## [~~PROPOSED~~] ORDER

The above STIPULATION TO STAY PROCEEDINGS is GRANTED.  All proceedings

shall be stayed until August 18, 2014.  The hearing for the pending motion to dismiss is

continued to __September 5, 2014__.

Dated: __July 7, 2014__                    _____

HON. JEFFREY S. WHITE
United States District Judge

STIPULATION TO STAY PROCEEDINGS          4          Case No. 3:13-cv-2857-JSW