UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 13-cv-02857-JSW (KAW)<br><br>UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 59 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' motion for attorneys' fees and costs was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐ consists of a stack of loose paper wrapped with a rubber band;

☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒ has no tabs for the voluminous exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒ is not usable for another reason –   All chambers copies of e-filed documents must include the running header created by the ECF System on each page.

The paper used for the above-described chambers copy has been recycled by the court. Plaintiffs shall submit a chambers copy in a format that is usable by the court no later than March 9, 2015.

IT IS SO ORDERED.

Dated: March 3, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2