Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com

Michael A. Costa (Bar No. 219416)
3848 Sacramento St. #2
San Francisco, CA 94118
Telephone: (415) 342-0042
Email: mike@ocefoundation.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION,<br><br>　　　　Plaintiffs,<br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>　　　　Defendants. | Case No.  3:13-cv-2857-JSW-KAW<br><br>**STIPULATION FOR BRIEFING SCHEDULE ON ATTORNEYS FEE MOTION;**<br>**[PROPOSED] ORDER** |

　　　　Pursuant to Civil Local Rules 6-2 and 54-5, Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation ("Plaintiffs"), and Defendants U.S. Environmental Protection Agency and Gina McCarthy, Administrator, U.S. Environmental Protection Agency ("Defendants") hereby stipulate and respectfully request of the Court an order providing a briefing schedule and hearing

date for Plaintiffs' motion for attorneys fees and costs.

WHEREAS, on August 25, 2014, the Court entered the parties' negotiated Consent Decree to resolve the substantive claims at issue (other than claims for costs of litigation) in the above-captioned case, Dkt. # 55;

WHEREAS, under the Consent Decree, the Court retained jurisdiction to construe, implement, modify, or enforce the terms of the Consent Decree, and for granting any further relief as the interests of justice may require, *id.* at 12;

WHEREAS, under Paragraph 24 of the Consent Decree the parties attempted to reach agreement on attorney fees and costs, *id.* at 8;

WHEREAS, the Parties previously requested and the Court granted an order providing Plaintiffs until February 28, 2015 to file their motion for attorney fees so they could continue settlement discussions;

WHEREAS, Paragraph 24 of the Consent Decree provides that Defendants may file their Opposition at least 45 days after the any motion for attorneys fees is filed;

WHEREAS, Plaintiffs filed their motion for attorneys fees and costs on February 26, 2015;

NOW THEREFORE, the parties respectfully request that the Court enter the attached order providing Defendants until April 23, 2015 to file their opposition to Plaintiffs' motion for attorneys fees; providing Plaintiffs until May 6, 2015 to file their reply in support of their motion for attorneys fees; and providing that the hearing on this matter be scheduled for May 21, 2015 at 11:00 a.m.

Respectfully submitted this 13th day of March, 2015.

                           s/ Jodene Isaacs
                           CHRISTOPHER A. SPROUL
                           JODENE ISAACS

STIPULATION FOR BRIEFING SCHEDULE
ON ATTORNEYS FEE MOTION AND
 [PROPOSED] ORDER                     2                 Case No. 3:13-cv-2857-JSW-KAW

Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com

*Attorneys for Plaintiffs*


SAM HIRSCH
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

  s/ John Thomas H. Do (as authorized)
JOHN THOMAS H. DO, Trial Attorney
Environmental Defense Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 514-2593 (Phone); (202) 514-8865 (Fax)
john.do@usdoj.gov

*Attorneys for Defendants*


### E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Defendants has concurred in the filing of this document.

 s/ Jodene L. Isaacs
JODENE L. ISAACS
Counsel for Plaintiffs

## [PROPOSED] ORDER

The above STIPULATION FOR THE BREIFING SCHEDULE ON ATTORNEYS FEE MOTION is GRANTED. Defendants shall have until April 23, 2015 to file their opposition to Plaintiffs' motion for attorneys fees and costs; Plaintiffs shall have until May 6, 2015 to file their reply in support of their motion, and the Court shall schedule the hearing on May 21, 2015 at 11:00 a.m.

Dated: 3/16/15

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge