UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 13-cv-02857-JSW   (KAW)<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 74 |

PLEASE TAKE NOTICE that the chambers copy of Defendants' Surreply in Opposition of Plaintiffs' Motion for Attorneys' Fees and Costs was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐    consists of a stack of loose paper wrapped with a rubber band;

☐    consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐    is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒    has no tabs for the voluminous exhibits;

☐    includes exhibits that are illegible;

☐    includes exhibits that are unreadable because the print is too small;

☐    includes text and/or footnotes in a font smaller than 12 point;

☐    includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐    is not usable for another reason −

1  The paper used for the above-described chambers copy has been recycled by the court.
2 Defendants shall submit a chambers copy in a format that is usable by the court no later than July
3 24, 2015.
4  IT IS SO ORDERED.
5 Dated: July 20, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge