JOHN C. CRUDEN
Assistant Attorney General
JOHN THOMAS H. DO
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 514-2593
john.do@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION,<br><br>         Plaintiffs,<br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>         Defendants. | Case No.  3:13-cv-2857-JSW-KAW<br><br>**STIPULATION TO CONTINUE HEARING;**<br>**[PROPOSED] ORDER** |

Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation ("Plaintiffs"), and Defendants U.S. Environmental Protection Agency and Gina McCarthy, Administrator, U.S. Environmental Protection Agency ("Defendants") hereby stipulate and respectfully request a Court order continuing the hearing on Plaintiffs' motion for attorneys' fees and costs currently scheduled for September 3, 2015.

WHEREAS, on February 26, 2015, Plaintiffs filed Motion for Attorneys' Fees and Costs, Dkt. # 59, and that motion has been fully briefed;

WHEREAS, on May 20, 2015, the Court continued the motion hearing on Plaintiffs' motion to September 3, 2015, Dkt. # 70;

WHEREAS, undersigned counsel for federal Defendants underwent an unexpected medical procedure on September 2, 2015, and has been instructed not to travel;

WHEREAS, undersigned counsel for federal Defendants must undergo another medical procedure in the near future, but that procedure has not yet been scheduled;

WHEREAS, undersigned counsel for federal Defendants represents that he requires a continuation of the motions hearing to recover from these medical procedures before he is able to travel for this hearing;

NOW THEREFORE, the parties respectfully request that the Court enter the attached order providing Defendants until September 11, 2015 to file a stipulation providing the Court with a list of potential dates to continue the hearing for Plaintiffs' Motion for Attorneys' Fees and Costs, Dkt. # 59.

Respectfully submitted this 2nd day of September, 2015.

    s/ Jodene Isaacs_(as authorized)_
CHRISTOPHER A. SPROUL
JODENE ISAACS
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com

*Attorneys for Plaintiffs*


JOHN C. CRUDEN
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

STIPULATION TO CONTINUE HEARING;
 [PROPOSED] ORDER                    2                    Case No. 3:13-cv-2857-JSW-KAW

            s/ John Thomas H. Do
            JOHN THOMAS H. DO, Trial Attorney
            Environmental Defense Section
            P.O. Box 7611, Ben Franklin Station
            Washington, D.C. 20044
            (202) 514-2593 (Phone); (202) 514-8865 (Fax)
            john.do@usdoj.gov

            *Attorneys for Defendants*

## **E-FILING ATTESTATION**

  Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Defendants has concurred in the filing of this document.

            s/ John Thomas H. Do
            JOHN THOMAS H. Do
            U.S. Department of Justice

1          **[~~PROPOSED~~] ORDER**

2

3          The above STIPULATION TO CONTINUE HEARING is GRANTED. The parties shall

4    have until September 11, 2015 to file a stipulation providing a list of potential dates to continue

5    the hearing on Plaintiffs' Motion for Attorneys' Fees and Costs, Dkt. # 59.

6

7    Dated: 9/2/15                              _____
                                                HON. KANDIS A. WESTMORE
8                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION TO CONTINUE HEARING;
     [PROPOSED] ORDER                            4              Case No. 3:13-cv-2857-JSW-KAW