JOHN C. CRUDEN
Assistant Attorney General
JOHN THOMAS H. DO
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 514-2593
john.do@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 3:13-cv-2857-JSW-KAW <br><br> **STIPULATION TO CONTINUE HEARING;** <br> [PROPOSED] ORDER <br> AS MODIFIED |

Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation ("Plaintiffs"), and Defendants U.S. Environmental Protection Agency and Gina McCarthy, Administrator, U.S. Environmental Protection Agency ("Defendants") hereby stipulate and respectfully request a Court order continuing the hearing on Plaintiffs' Motion for Attorneys' Fees and Costs until October 15, 2015 or shortly thereafter.

WHEREAS, on February 26, 2015, Plaintiffs filed Motion for Attorneys' Fees and Costs, Dkt. # 59, and that motion has been fully briefed as of July 6, 2015;

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER            1            Case No. 3:13-cv-2857-JSW-KAW

WHEREAS, on May 20, 2015, the Court continued the motion hearing on Plaintiffs' motion to September 3, 2015, Dkt. # 70;

WHEREAS, undersigned counsel for federal Defendants underwent an unexpected medical procedure on September 2, 2015, and was instructed not to travel;

WHEREAS, undersigned counsel for federal Defendants represents that he must undergo a more extensive medical procedure in the month of September;

WHEREAS, on September 2, 2015, Dkt. #78, the Court signed the parties' stipulation, Dkt. #77, to continue the motion hearing to allow undersigned counsel for federal Defendants sufficient time to recover from these medical procedures;

WHEREAS, undersigned counsel for federal Defendants now represents that he anticipates being able to travel for a motion hearing scheduled on October 15, 2015 or later;

NOW THEREFORE, the parties respectfully request that the Court continue the hearing for Plaintiffs' Motion for Attorneys' Fees and Costs, Dkt. # 59, until October 15, 2015 or a date shortly thereafter.

Respectfully submitted this 11th day of September, 2015.

        s/ Jodene Isaacs (as authorized)
CHRISTOPHER A. SPROUL
JODENE ISAACS
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

*Attorneys for Plaintiffs*

JOHN C. CRUDEN
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER         2         Case No. 3:13-cv-2857-JSW-KAW

s/ John Thomas H. Do
JOHN THOMAS H. DO, Trial Attorney
Environmental Defense Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 514-2593 (Phone); (202) 514-8865 (Fax)
john.do@usdoj.gov

*Attorneys for Defendants*

### E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Defendants has concurred in the filing of this document.

s/ John Thomas H. Do
JOHN THOMAS H. Do
U.S. Department of Justice

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER             3             Case No. 3:13-cv-2857-JSW-KAW

**[PROPOSED] ORDER**

The above STIPULATION TO CONTINUE HEARING is GRANTED. Plaintiffs' Motion for Attorneys' Fees and Costs, Dkt. # 59, shall be scheduled for ~~October 15,~~ November 19, 2015 at 11:00 AM.

Dated: September 16, 2015

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER      4      Case No. 3:13-cv-2857-JSW-KAW