**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OUR CHILDREN'S EARTH FOUNDATION
and ECOLOGICAL RIGHTS FOUNDATION,

        Plaintiffs,

  v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, ET AL.,

        Defendants.

_____/

No. C 13-02857 JSW

**ORDER RE MOTION FOR *DE NOVO* REVIEW SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE**

On February 4, 2016, Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation filed a motion for *de novo* review of Magistrate Judge's Kandis A. Westmore's Report and Recommendation resolving Plaintiffs' motion for attorneys' fees and costs, and noticed that motion for a hearing on March 11, 2016.

The hearing date is VACATED, and the Court shall address the matter on the papers, unless otherwise ordered by the Court. Defendants' opposition, if any, shall be due by no later than February 24, 2016. Plaintiffs' reply shall be due on March 2, 2016.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE