IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>    Defendants. | No. C 13-02857 JSW<br><br>**REVISED ORDER RE MOTIONS FOR *DE NOVO* REVIEW SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE** |

On February 5, 2016, Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation filed a motion for *de novo* review of Magistrate Judge's Kandis A. Westmore's Report and Recommendation ("Report") resolving Plaintiffs' motion for attorneys' fees and costs, and noticed that motion for a hearing on March 11, 2016.

On February 4, 2016, Defendants United States Environmental Protection Agency and Administrator Gina McCarthy filed but did not provide chambers copies of a motion for *de novo* review of the same Report, and noticed their motion for a hearing on March 11, 2016.

The hearing date is VACATED, and the Court shall address *both* parties' motions on the papers, unless otherwise ordered by the Court. The oppositions shall be due by no later than February 24, 2016. Replies shall be due on March 2, 2016. The parties are admonished to provide timely chambers copies of all filings.

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE