Christopher A. Sproul (Bar No. 126398)
Jodene L. Isaacs (Bar No. 226895)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: jisaacs@ enviroadvocates.com

Michael A. Costa (Bar No. 219416)
3848 Sacramento St. #2
San Francisco, CA 94118
Telephone: (415) 342-0042
Email: mike@ocefoundation.org

OUR CHILDREN 'S EARTH FOUNDATION and
ECOLOGICAL RIGHTS FOUNDATION

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN 'S EARTH FOUNDATION, non-profit corporation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, BOB PERCIASEPE, Acting Administrator, JARED BLUMENTHAL, Regional Administrator U.S. Environmental Protection Agency Region 9, NATIONAL MARINE FISHERIES SERVICE, REBECCA BLANK, as Acting Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of the National Marine Fisheries Service Southwest Region, U.S. DEPARTMENT OF THE INTERIOR, KEN SALAZAR, as Secretary of the Department of the Interior, REN LOHOEFENER as Regional Administrator of the United States Fish and Wildlife Service Pacific Southwest Region,<br><br>Defendants. | Civil Case No.: 4:13-cv-2857-JSW-KAW<br><br>ORDER REQUIRING RESPONSE TO [PROPOSED] ORDER ON PLAINTIFFS' OBJECTION TO DEFENDANTS' REPLY EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR *DE NOVO* DETERMINATION OF DISPOSITIVE MATTER REFERRED TO A MAGISTRATE JUDGE<br><br>Judge:  Jeffrey S. White |

**[PROPOSED] ORDER**

Having considered Plaintiffs' OBJECTION TO REPLY EVIDENCE, Exhibit 1 to DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE ("Reply Motion") (Dkt. 95-1) ~~is hereby stricken from the Record~~. Defendants shall file a response to the objection by 3:00 p.m. on March 11, 2016. At that time the Court will determine whether it will strike the evidence, permit a surreply or take some other action.

~~[Alternatively] Having considered Plaintiffs OBJECTION TO REPLY EVIDENCE above, Plaintiffs are hereby granted a Surreply to address Defendants' submission of new evidence in conjunction with their Reply Motion. Plaintiffs shall have ___ days to submit a __ page surreply that addresses Defendants' newly submitted evidence.~~

IT IS SO ORDERED.

Dated: March 8, 2016

_____
HON. JEFFREY S. WHITE
United States District Judge